UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **SHANNON GONZALEZ AND BRONAL GARY,** *individually and on behalf of persons similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>**INBOX LOAN, KASHIA BAND OF POMO INDIANS OF THE STEWARTS POINT RANCHERIA, AND TRUEACCORD CORP.,**<br><br>Defendants. | Case No. 1:19-cv-327 |

## PLAINTIFF'S NOTICE OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure and by agreement of all parties, Plaintiffs Shannon Gonzalez and Bronal Gary hereby dismisses their claims with prejudice.

Dated: February 28, 2020
Respectfully Submitted,

/s/ James L. Kauffman
James L. Kauffman (Special Appearance)
BAILEY GLASSER LLP
1055 Thomas Jefferson Street NW, Suite 540
Washington, D.C. 20007
T: (202) 463-2101
F: (202) 463-2103

jkauffman@baileyglasser.com

W. Stacy Miller II (N.C Bar No. 21198)
MILLER LAW GROUP, PLLC
555 Fayetteville St., Suite 201
Raleigh, NC 27602
T: (919) 348-4361
F: (919) 729-2953
Stacy@MillerLawGroupNC.com

Benjamin M. Sheridan (N.C. Bar No. 52734)
KLEIN & SHERIDAN, LC
3566 Teays Valley Road Hurricane, WV 25526
T: (304) 562-7111
F: (304) 562-7115
bsheridan@kswvlaw.com

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2020, a true and correct copy of the foregoing **PLAINTIFFS' NOTICE OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** has been furnished to all counsel of record through the Court's EM/ECF electronic case filing system.

/s/ James L. Kauffman
James L. Kauffman (Special Appearance)